No. 282. CLEVELAND CLINIC FOUNDATION ET AL. *v.* HUMPHRYS ET AL. October 10, 1938. Petition for writ

of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Howard F. Burns* for petitioners. *Messrs. Thomas B. Gilchrist* and *Luther Day* for respondents.